1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JERMAINE DANIEL ROBINSON,                    No.  2:22-cv-01588 AC

12                  Plaintiff,

13          v.                                      ORDER AND

14    JEFF LYNCH, et al.,                           FINDINGS & RECOMMENDATIONS

15                  Defendants.

16

17          A recent court order was served on plaintiff's address of record and returned by the postal

18    service.  It appears that plaintiff has failed to comply with Local Rule 183(b), which requires that

19    a party appearing in propria persona inform the court of any address change.  More than sixty-

20    three days have passed since the court order was returned by the postal service and plaintiff has

21    failed to notify the Court of a current address.

22          Accordingly, IT IS HEREBY ORDERED that the Clerk of Court randomly assign this

23    matter to a district court judge.

24          IT IS FURTHER RECOMMENDED that this action be dismissed without prejudice for

25    failure to prosecute.  See Local Rule 183(b).

26          These findings and recommendations are submitted to the United States District Judge

27    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

28    after being served with these findings and recommendations, plaintiff may file written objections

1

1   with the court.  The document should be captioned "Objections to Magistrate Judge's Findings

2   and Recommendations."  Any response to the objections shall be filed and served within fourteen

3   days after service of the objections. Plaintiff is advised that failure to file objections within the

4   specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951

5   F.2d 1153 (9th Cir. 1991).

6   DATED: August 23, 2024

7   _____
    ALLISON CLAIRE
8   UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28